**RECEIVED**

FEB 1 6 2022

**CLERK OF DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:22-CR-024 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| MONROE WARDLOW, | ) | T. 18 U.S.C. § 1466A(a) |
| | ) | T. 18 U.S.C. § 1466A(b) |
| Defendant. | ) | T. 18 U.S.C. § 1467 |
| | ) | |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Receipt of Obscene Visual Representations of the Sexual Abuse of Children)**

On or between September 14, 2020 and September 22, 2020, in the Southern District of Iowa, the defendant, MONROE WARDLOW, knowingly received one or more visual depictions of a minor engaging in sexually explicit conduct that is obscene, or attempted to do so, which had been shipped or transported in interstate or foreign commerce, namely via the Internet.

This is in violation of Title 18, United States Code, Section 1466A(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
**(Possession of Obscene Visual Representations of the Sexual Abuse of Children)**

On or between September 14, 2020 and September 22, 2020, in the Southern District of Iowa, the defendant, MONROE WARDLOW, knowingly possessed one or more visual depictions of a minor engaging  in sexually explicit conduct that is obscene, or attempted to do, which had been shipped or transported in Interstate or foreign commerce.

This is in violation of Title 18, United States Code, Section 1466A(b).

**THE GRAND JURY FINDS:**

<u>**NOTICE OF FORFEITURE**</u>

Upon conviction of the offense(s) alleged in Count(s) 1 and/or 2 of this

Indictment, Defendant, MONROE WARDLOW, shall forfeit to the United States his

interest in the following property:

(1) Any obscene material produced, transported, mailed, shipped, or received

in violation of Chapter 71 of Title 18;

(2) Any property, real or personal, used or intended to be used to commit or

promote the commission of such offense.

This is pursuant to Title 18, United States Code, Section 1467.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: __/s/_____
Craig Peyton Gaumer
Assistant United States Attorney

3